# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:19-cr-583** |
| | : | |
| vs. | : | |
| | : | |
| **RICARDO TORRES** | : | |

## ORDER

**AND NOW**, this **1st day** of **June, 2020**, it is **ORDERED** as follows:

1. Defendant's First Motion for Bail (ECF No. 35) is **DENIED**.

2. The government's Motion to Compel Compliance with Requirements for Posting Bail (ECF No. 44) is **DENIED AS MOOT**.

                                                _S/Anita B. Brody_____
                                                HON. ANITA B. BRODY, J.

**XC: Speedy Trial**

    **U.S. Pretrial Services**

Copies **VIA ECF** on  _____