# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:19-cr-583** |
| | : | |
| **vs.** | : | |
| | : | |
| **RICARDO TORRES** | : | |

## ORDER

   **AND NOW,** this **19th day** of **January, 2021**, it is **ORDERED** that Defendant's Second Motion for Bail (ECF No. 62) is **DENIED**.

                                               _S/Anita B. Brody_____
                                               ANITA B. BRODY, J.

XC: Speedy trial

   Copies **VIA ECF** on _____ to: